**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CIVIL ACTION NO: 1:17-CV-00158-JHM**

**CITY OF BOWLING GREEN, KENTUCKY**                                **PLAINTIFF**

**V.**

**MILLS FAMILY REALTY, INC., et al.**                                **DEFENDANTS**

**JUDGMENT**

This matter having come before the Court on a dispositive motion filed by the Defendants, and the Court having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint is dismissed without prejudice.

*[signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

December 19, 2017

cc:    counsel of record